FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 28, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GARRETT PAESCHKE,<br><br>    Plaintiff,<br><br>    vs.<br><br>GENERAL MOTORS, LLC, a foreign corporation,<br><br>    Defendant. | NO. 4:16-cv-05050-SAB<br><br>**ORDER RE: DISMISSAL** |

    Before the Court is the parties' Stipulation for Order of Dismissal with Prejudice, ECF No. 128. The parties stipulate and request the Court dismiss this matter with prejudice, and without costs to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good case to accept the stipulation and enter it into the record.

//
//
//
//
//
//
//
//

ORDER RE: DISMISSAL ^ 1

**IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Order of Dismissal with Prejudice, ECF No. 128, is **ACCEPTED** and **ENTERED** into the record.

2. This matter is **DISMISSED with prejudice** and without costs to any party.

3. That all deadlines are **VACATED** and any pending motions are **DENIED as moot**.

4. The jury trial date is **STRICKEN**.

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide copies to counsel.

**DATED** this 28th day of November 2018.



Stanley A. Bastian
United States District Judge

ORDER RE: DISMISSAL ^ 2